**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7485**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

DWAYNE ALTWAN LANGFORD,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry M. Herlong, Jr., Senior
District Judge.  (8:07-cr-00013-HMH-1)

_____

Submitted:  November 19, 2009        Decided:  December 3, 2009

_____

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dwayne Altwan Langford, Appellant Pro Se.  Elizabeth Jean
Howard, Assistant United States Attorney, Greenville, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Altwan Langford appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Langford, No. 8:07-cr-00013-HMH-1 (D.S.C. July 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED